# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DARNELL SAMUELS, | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-1823 |
| v. | : | |
| | : | (Judge Rambo) |
| PENNSYLVANIA ATTORNEY GENERAL, *et al.*, | : | |
| Respondents | : | |

# ORDER

**AND NOW**, on this 27th day of January 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                                s/Sylvia H. Rambo
                                                Sylvia H. Rambo
                                                United States District Judge